UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA MORENO,

               Plaintiff,

-against-

WESTCHESTER DENTAL, P.C., et al.,

               Defendants.

**ORDER**

22-CV-9977 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. (Doc. 43). Accordingly, it is hereby **ORDERED** that the parties shall file, by April 15, 2024, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

    In light of the settlement, the trial scheduled for April 15, 2024 is cancelled.

                             **SO ORDERED:**

Dated:  White Plains, New York
          March 15, 2024

                             PHILIP M. HALPERN
                             United States District Judge